AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:23-mj-00039 |
| Kenneth Christian Paul Schulz | ) Assigned To : Upadhyaya, Moxila A. |
| | ) Assign. Date : 2/17/2023 |
| | ) Description: Complaint W/ Arrest Warrant |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) _Kenneth Christian Paul Schulz_,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 02/17/2023

_Issuing officer's signature_

City and state: Washington, D.C.    Moxila A. Upadhyaya, U.S. Magistrate Judge
_Printed name and title_

---

**Return**

This warrant was received on (date) 02/17/2023, and the person was arrested on (date) 03/10/2023
at (city and state) Fort Myers, FL.

Date: 03/10/2023

_Arresting officer's signature_

SA Brandon Terry
_Printed name and title_