UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CASE NO. 1:23-cr-00077-ABJ |
| KENNETH CHRISTIAN PAUL SCHULZ, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned attorney from the Office of the Federal Public Defender appears in this action as counsel on behalf of KENNETH CHRISTIAN PAUL SCHULZ and requests that all pleadings and correspondence in this matter be served upon him at the following address:

**Matthew Campbell, Esq.**
Federal Public Defender
Office of the Federal Public Defender
1336 Beltjen Road, Suite 202
St. Thomas, VI 00802
E-mail: Matt_Campbell@fd.org

DATED: March 17, 2023

Respectfully submitted,

MATTHEW CAMPBELL
FEDERAL PUBLIC DEFENDER

/*s/ Matthew Campbell*
MATTHEW CAMPBELL
FEDERAL PUBLIC DEFENDER
1336 Beltjen Road, Suite 202
St. Thomas, VI 00802
E-mail: Matt_Campbell@fd.org
Tel: (340) 774-4449