UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>KENNETH CHRISTIAN PAUL SCHULZ, )<br>)<br>DEFENDANT. )<br>_____ ) | Case No. 1:23-cr-077 |

## Motion to Continue Arraignment/Status Hearing—Unopposed

Defendant, Kenneth Schulz, by and through his attorney Matthew Campbell, Federal Public Defender, District of the Virgin Islands, hereby moves the Court for an order continuing the arraignment/status hearing currently calendared for March 20, 2023, at 2:00 PM. The basis for this motion is as follows:

1. On Thursday, March 16, 2023, the District of Columbia Federal Public Defender's Office requested that undersigned counsel accept appointment in Mr. Schulz's case;

2. That same day, undersigned counsel agreed to represent Mr. Schulz;

3. Later that day, undersigned counsel was informed that the Court had scheduled an arraignment/status hearing in this case on Monday, March 20, 2023, at 2:00 PM;

4. Undersigned counsel has pre-arranged travel scheduled on Monday, March 20, 2023, and at 2:00 PM that day, counsel will be on a plane heading to Tulsa, Oklahoma for a *McGirt* murder case in which counsel has been appointed;

5. Undersigned counsel is therefore unavailable to appear in this case on Monday, March 20, 2023, or on Thursday, March 23, 2023, when counsel is flying back from Tulsa to Saint Thomas, Virgin Islands;

1

6. Undersigned counsel is however available to appear virtually in this case on Tuesday, March 21 or Wednesday, March 22, 2023, if those dates are amenable to the Court;

7. On March 16, 2023, undersigned counsel spoke with AUSA Douglas Brasher, who advised that the government does not object to this motion to continue.

For these reasons, Mr. Schulz hereby moves to continue the arraignment/status hearing as set forth herein. Should the court grant this motion, that time would be excludable for Speedy Trial Act purposes.

Dated: March 17, 2022

                                          Respectfully submitted,

                                          *s/Matthew Campbell*
                                          MATTHEW CAMPBELL, ESQ.
                                          Federal Public Defender
                                          District of the Virgin Islands
                                          1336 Beltjen Road, Suite 202
                                          St. Thomas, VI 00802
                                          Tel (340) 774-4449
                                          Fax (340) 776-7683
                                          E-mail: matt_campbell@fd.org