UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KENNETH CHRISTIAN PAUL SCHULZ, )<br>)<br>Defendant. )<br>_____ ) | Case No. 1:23-CR-077 |

**NOTICE OF FILING DISCOVERY DEMAND AND BRADY LETTER
BY DEFENDANT**

**NOW COMES** the defendant KENNETH CHRISTIAN PAUL SCHULZ, through undersigned counsel, and notifies the Court that he has on this 3rd day of April 2023, served the Office of the United States Attorney with Discovery Demand and Brady Letter by email.

Dated:  April 3, 2023         Respectfully submitted,

                  MATTHEW CAMPBELL
                  FEDERAL PUBLIC DEFENDER

                  *s/ Matthew Campbell*
                  MATTHEW CAMPBELL
                  Federal Public Defender Office
                  1336 Beltjen Road, Suite 202
                  Charlotte Amalie, VI 00802
                  Tel (340) 774-4449
                  Fax (340) 776-7683
                  E-mail: Matt_Campbell@fd.org

1