CO 526 Rev 5-2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
                                )
             vs.             )      Criminal Case No.: 23-CR-077 (ABJ)
                                )
KENNETH C. P. SCHULZ        )
                                )
                                )

**FILED**

JUN - 6 2023

Clerk, U.S. District and
Bankruptcy Courts

## WAIVER OF TRIAL BY JURY

      With the consent of the United States Attorney and the approval of the Court, the defendant

waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved:

_____      Date: June 6, 2023
Amy Berman Jackson

United States District Judge